**DISMISS; and Opinion Filed September 5, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00972-CV

### IN THE INTEREST OF J.C., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-00707-W**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Pedersen, III

The Court questioned its jurisdiction over this appeal from the trial court's temporary order signed on August 7, 2019. We instructed appellant to file, by August 30, 2019, a letter brief addressing our concern and cautioned her that failure to do so may result in dismissal of the appeal without further notice. As of today's date, appellant has not complied.

A challenge to temporary orders in a suit affecting the parent-child relationship is allowed through mandamus, as there is no adequate remedy by appeal. *See* TEX. FAM. CODE ANN. § 105.001(e) ("Temporary orders rendered under this section are not subject to interlocutory appeal."); *Little v. Daggett*, 858 S.W.2d 368, 369 (Tex. 1993) (orig. proceeding).

Because this Court has no jurisdiction to review a temporary order by direct appeal, we dismiss this appeal. *See id*; TEX. R. APP. P. 42.3(a).

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

190972F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF J.C., A CHILD

No. 05-19-00972-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. JC-19-00707-W.
Opinion delivered by Justice Pedersen, III.
Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 5th day of September, 2019.